**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 14-7251**

UNITED STATES OF AMERICA,

                    Plaintiff - Appellee,

          v.

GLENN ALBERT STEWART, JR.,

                    Defendant - Appellant.

Appeal from the United States District Court for the Northern
District of West Virginia, at Wheeling.   Frederick P. Stamp,
Jr., Senior District Judge.   (5:97-cr-00053-FPS-1)

Submitted:  December 18, 2014      Decided:  December 23, 2014

Before SHEDD, WYNN, and THACKER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Glenn Albert Stewart, Jr., Appellant Pro Se.   Paul Thomas
Camilletti, Assistant United States Attorney, Martinsburg, West
Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Glenn Albert Stewart, Jr., appeals the district court's orders denying his motion for modification of sentence, 18 U.S.C. § 3582(c) (2012), and denying his motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Stewart, No. 5:97-cr-00053-FPS-1 (N.D.W. Va. Aug. 14, 2014; Sept. 2, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED

2